# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 402 WAL 2015
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
GARY J. ROBINSON, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2016, the Petition for Allowance of Appeal is **DENIED**.


    Mr. Justice Eakin did not participate in the decision of this matter.